UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

CATHI SCHLOSS,
    Plaintiff,

-vs-

Case No.
Hon.
**JURY DEMAND**

GOSMITH, INC.,
FRIEND TRUSTED INC.,
BRENTON MARRELLI,
DARWIN WIDJAJA,
MATTHEW EHRLICHMAN, and
CHRIS LARSON,
    Defendants.

## INDEX OF EXHIBITS TO COMPLAINT

| | |
|---|---|
| This Index | Exhibit 1 |
| PRNewswire.com Press Release | Exhibit 2 |
| Declaration - Laura Branco | Exhibit 3 |
| GoSmith Contact Us | Exhibit 4 |
| Friend Trusted Inc Google Search Results | Exhibit 5 |
| FCC - Avoiding Spam, Unwanted Email & Text | Exhibit 6 |
| GoSmith Terms of Service | Exhibit 7 |
| GoSmith FAQ Referral Service | Exhibit 8 |
| GoSmith Appointment Credits | Exhibit 9 |
| GoSmith FAQ Sources | Exhibit 10 |
| GoSmith FAQ Getting Started 3 | Exhibit 11 |
| GoSmith FAQ Tips for Success | Exhibit 12 |
| SMS Short Code Query Results | Exhibit 13 |
| GoSmith FAQ TroubleShooting | Exhibit 14 |
| ContractorTalk.com | Exhibit 15 |
| TruckMountForums.com | Exhibit 16 |
| PACER Search Results - GoSmith | Exhibit 17 |
| PACER Search Results - Friend Trusted | Exhibit 18 |